UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT W. BARROCA, | Case No. 2:18-03376 JGB (ADS) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING CASE |
| JEFFERSON B. SESSIONS, III, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus [Dkt. No. 1], Respondent's Answer, Petitioner's Reply, and all the records and related filings herein, along with the Report and Recommendation of the assigned United States Magistrate Judge dated May 18, 2020 [Dkt. No. 58], and Petitioner's Objections to United States Magistrate's Report and Recommendation [Dkt. No. 61].

The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made and agrees with the Magistrate

Judge's findings and conclusions, except as to the denial of a certificate of appealability. A certificate of appealability is not required by a person in federal custody pursuing a § 2241 petition.  See <u>Murth v. Fondren</u>, 676 F.3d 815, 818 (9th Cir. 2012).

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation [Dkt. No. 58] is accepted;
2. The Petition is dismissed with prejudice; and
3. Judgment is to be entered accordingly.

DATED:  August 21, 2020

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge