JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROBERT W. BARROCA, | Case No. 2:18-03376 JGB (ADS) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| JEFFERSON B. SESSIONS, III, et al., | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge and Dismissing Case, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: August 21, 2020

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge